832 A.2d 834

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Jeffrey S. YABLON, Respondent.**

**Misc. AG No. 29, Sept. Term, 2003.**

Court of Appeals of Maryland.

Sept. 25, 2003.

## ORDER

The parties herein have jointly petitioned this Court to reprimand the Respondent pursuant to Maryland Rule 16–772. Upon review of the said Joint Petition and for reasons set forth therein, it is this 25th day of September, 2003,

ORDERED, that the Respondent, Jeffrey S. Yablon, be, and he is hereby, reprimanded for misconduct in violation of Maryland Rules of Professional Conduct 1.1, 1.3, 1.15(a)(b) and 8.4(d).